**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER T. LABONTE, M.D., LLC d/b/a LABONTE MEDICAL GROUP, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.:  4:26-cv-00777 |
| RELIANT CARE MANAGEMENT COMPANY, LLC, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT HIDDEN LAKE HEALTH CARE CENTER, LLC's**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record discloses the following information about Defendant **Hidden Lake Health Care Center, L.L.C.**:

1.  If the subject is a nongovernmental corporation that is a party, intervenor or proposed intervenor:

    a.  Whether it is publicly traded, and if it is, on which exchange(s):  **No.**

    b.  Its parent companies or corporations: **Reliant Care Group, L.L.C.**

    c.  Subsidiaries that are not wholly owned by the subject corporation: **None.**

    d.  Any publicly held company or corporation that owns ten percent (5%) or more of the subject corporation's stock: **Not Applicable.**

2.  If the subject is a party, intervenor, or proposed intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a):  **Not Applicable.**

    a.  The citizenship of every individual or entity whose citizenship is attributed to the subject, including all members, sub-members, general and limited

partners, and corporations.[1] Further, if a corporation is a member or sub-member of the subject, that corporation's state of incorporation and principal place of business must be disclosed.

Respectfully Submitted,

**MARTONE LEGAL, LLC**

By:     */s/ Andrew J. Martone*
Andrew J. Martone, #37382MO
Matthew B. Robinson, #52954MO
Kateri T. Busiek, #76571MO
600 Emerson Road, Suite 205
Creve Coeur, Missouri 63141
Telephone:     (314) 862-0300
Facsimile:     (314) 862-7010
andym@martonelegal.com
mattr@martonelegal.com
katerib@martonelegal.com

***Attorneys for Defendants***

---

[1] "Sub-members" include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court this 19th day of May 2026, and served on the following by both electronic mail and by depositing same with the U.S. Postal Service, first class, postage prepaid, addressed to the following:

Joshua M. Schindler                           Scott R. Pool
THE SCHINDLER LAW FIRM,. P.C.                  GIBBS POOL AND TURNER, P.C.
7710 Carondelet Ave., Suite 333               3225 Emerald Lane, Suite A
St. Louis, MO  63105                          Jefferson City, MO  65109-8864
E-mail: josh@schindlerlawfirm.com             Email:  pool@gptlaw.net

*Attorneys for Plaintiffs*


_____/s/ Andrew J. Martone_____